Kendall L. Manock    # 025932
Charles K. Manock    # 161633
Christopher D. Bell    # 247082
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Charles M. English
Wendy M. Yoviene
**OBER KALER**
1401 H Street, NW, Suite 500
Washington, DC 20005
202-408-8400 Tel
202-408-0640 Fax

Attorneys for Defendant, DAIRY AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REHBERG, individually and on behalf of themselves and all other similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>DAIRY AMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>                Defendants. | Case No.:  09-cv-00558-OWW-GSA<br><br>**STIPULATION OF COUNSEL AND ORDER EXTENDING THE TIME FOR RESPONSE TO COMPLAINT BY DEFENDANT DAIRY AMERICA, INC.** |

      Pursuant to Rule 6-144(a) of the General Local Rules of the above Court,

Plaintiff JAMES REHBERG, individually and on behalf of themselves and all others similarly

situated, and Defendant DAIRY AMERICA, INC. ("Defendant"), by and through their

respective attorneys of record, hereby stipulate that Defendant shall have until June 2, 2009, to

respond to the Class Action Complaint herein.  There have been no prior extensions of time

granted to Defendant to respond to the Class Action Complaint in this case.

1

1       The parties who have signed below to indicate their agreement are the only parties

2 who have appeared to date in this action or are affected by this stipulation to extend time.

3       DATED:  April 22, 2009.          HAGENS BERMAN SOBOL
4                                            SHAPIRO LLP

5

6                                     By_____/s/ Elizabeth A. Fegan_____
                                      (as authorized and signed on 4/22/09)

7                                     Elizabeth A. Fegan

8                                     HAGENS BERMAN SOBOL
                                     SHAPIRO LLP

9                                     Jeff D. Friedman
                                     Shana E. Scarlett

10                                  HAGENS BERMAN SOBOL
                                    SHAPIRO LLP

11                                  Steve W. Berman

12                                  Attorneys for Plaintiff, RONALD HAYEK,
13                                  individually and on behalf of themselves and
                                  all others similarly situated.

14

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

DATED: April 22, 2009.

Respectfully Submitted,

BAKER MANOCK & JENSEN, PC

By    /s/  Kendall L. Manock
Kendall L. Manock
Charles K. Manock
Christopher D. Bell

OBER KALER
Charles M. English
Wendy M. Yoviene

Attorneys for Defendant, DAIRY
AMERICA, INC.

**IT IS SO ORDERED**.

DATED: April 23, 2009                    /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION OF COUNSEL EXTENDING THE TIME FOR RESPONSE TO COMPLAINT BY DEFENDANT DAIRY AMERICA, INC.